**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
(732) 383-7233
Brian T. Crowley
*Counsel for John M. McDonnell,*
*Chapter 7 Trustee/Plaintiff*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DEXTER C. BARTHOLOMEW and DJENANE BARTHOLOMEW,<br><br>Debtors. | Case No. 15-23509 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |
| JOHN M. MCDONNELL, AS CHAPTER 7 TRUSTEE, FOR THE ESTATES OF DEXTER C. BARTHOLOMEW and DJENANE BARTHOLOMEW,<br><br>Plaintiff,<br><br>v.<br><br>ASTORIA BANK,<br><br>Defendant. | Adv. Pro. No. 17-01354 (CMG) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that the above captioned proceeding and complaint is voluntarily dismissed with prejudice, pursuant

to Fed R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and attorneys' fees.

**AGREED AND STIPULATED:**

| | |
|---|---|
| **McDonnell Crowley, LLC** | **Cullen and Dykman LLP** |
| *Counsel to John M. McDonnell, not individually or personally, but as Chapter 7 Trustee for Dexter C. Bartholomew and Djenane Bartholomew/Plaintiff* | *Counsel for the Defendant, Astoria Bank* |
| By: /s/ Brian T. Crowley | By: _____ |
| Name: BRIAN T. CROWLEY | Name: SAMIT G. PATEL |
| Date: August 10, 2017 | Date: 8/11/17 |